Taylor Reeves, Esq.
NV Bar No. 15987
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: treeves@spencerfane.com

*Attorneys for USAA Casualty Insurance Company, incorrectly named USAA Insurance Agency Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PENELOPE HALLMAN, an individual; | Case No.: 2:26-cv-00884 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| USAA INSURANCE AGENCY INC. (TX); DOES I through XX, and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the above-entitled action may be dismissed with prejudice as it relates to claims brought by Plaintiff Penelope Hallman against Defendant USAA Casualty Insurance Company, incorrectly named as USAA Insurance Agency Inc. ("***USAA CIC***" or "***Defendant***"). Each party will bear its own respective costs and attorney's fees incurred therein.

Dated this 24th day of June, 2026.

Dated this 24th day of June, 2026.

**MORGAN & MORGAN**

**SPENCER FANE LLP**

*/s/ Andre T. Marques*
Andre T. Marques, Esq.
Nevada Bar No. 14737
6725 Via Austi Pkwy., Suite 275
Las Vegas, Nevada 89119

*Attorneys for Plaintiff*

*/s/ Taylor Reeves*
Taylor Reeves, Esq.
Nevada Bar No. 15987
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for USAA Casualty Insurance Company, incorrectly named USAA Insurance Agency Inc.*

**ORDER**

IT IS SO ORDERED. The Clerk of Court is kindly directed to close the case.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE
DATED: June 25, 2026